lml

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DEBORAH J. RIGGS,  )<br>  )<br>Defendant.  )<br>_____  ) | No. 10-40088-01-JAR |

## **ORDER**

This matter is before the Court on defendant Deborah J. Riggs' Motion for *In Camera* Inspection and Protective Order (Doc. 29). The government has filed a response in opposition (Doc. 30). After reviewing the parties' submissions, and for good cause shown pursuant to Fed. R. Crim. P. 16(d)(1), the Court grants defendant's request for *in camera* review of the records produced by Dr. Ted Moeller pursuant to the government subpoena. The Court will permit defense counsel to inspect the records prior to the Court's *in camera* inspection to assist the Court in the identification of privileged documents and/or material that is "essential to fulfill the objective of [the] order [for production], namely, to provide the government, the Court, and Probation the full context of defendant's mental health and addiction conditions, in compliance with 42 C.F.R. § 2.65(e)(1)."[1] Counsel shall submit a privilege log within ten (10) days of this Order, at which time the Court shall determine if a protective order is necessary. Finally, due to the delay caused by defendant's request, the Court will continue defendant's sentencing hearing,

---

[1] Doc. 26 at 2.

currently scheduled for June 28, 2011, until **July 25, 2011, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: June 15, 2011

                                               S/ Julie A. Robinson
                                              JULIE A. ROBINSON
                                              UNITED STATES DISTRICT JUDGE